# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.    CV 17-8064 AG (SS) | Date: January 22, 2018 |
| | Page 1 of 2 |

Title:    Michael Hunt v. City of Los Angeles, et al.

---

**DOCKET ENTRY:   ORDER DIRECTING DEPUTY CLERK TO SEND DECEMBER 29, 2017 ORDER TO SHOW CAUSE WHY PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED, ETC., TO PLAINTIFF'S NEW ADDRESS  (Dkt. No. 7)**

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| _Marlene Ramirez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On December 29, 2017, the Court issued an order requiring Plaintiff Michael Hunt to show cause why his request to proceed <u>in forma pauperis</u> ("IFP") should not be denied for an inadequate showing of indigency. ("OSC," Dkt. No. 7).  In the OSC, the Court noted that although Plaintiff bears the burden of showing a financial inability to pay the filing fee, certain allegations in the complaint appeared to undermine assertions of indigency in the IFP application.  Accordingly, the Court required Plaintiff either to pay the full filing fee or to submit a declaration explaining why he qualifies as indigent despite allegations in the complaint of a recent $215,000 settlement and continuing self-employment (which contradict statements in the IFP declaration).  The OSC was sent to Plaintiff at his address of record.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.     CV 17-8064 AG (SS) | Date:  January 22, 2018 |
| | Page 2 of 2 |

Title:     <u>Michael Hunt v. City of Los Angeles, et al.</u>

On January 12, 2018, the OSC was returned to the Court as undeliverable due to an insufficient address. (Dkt. No. 9). Later that same day, Plaintiff filed a Notice of Change of Address. (Dkt. No. 10). However, as of the date of this Order, Plaintiff has still not complied with the OSC by paying the filing fee or filing a declaration explaining why he is indigent.

The Court ORDERS the Deputy Clerk to re-send a copy of the OSC (Dkt. No. 7) to Plaintiff at his new address. The Court CLARIFIES that the full filing fee applicable to non-prisoners such as Plaintiff is $400, not the $350 fee applicable to prisoners, which was erroneously cited in the OSC. Accordingly, the Court AMENDS the OSC to reflect that if Plaintiff opts to pay the full filing fee instead of filing a declaration, the fee is $400.

Plaintiff shall either pay the full $400 filing fee or file a declaration in response to the OSC within **seven days** of the date of this Order. Plaintiff is explicitly cautioned that the failure to comply with this Order by the Court's deadline will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.