# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.<br><br>        Defendants. | Case No. CV 17-8064 AG (SS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE<br>JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, except that it declines to follow the recommendation that the First and Fourth Amendment claims based on the City Hall Incident, and the Fourth Amendment claim based on the TRO Incident, be dismissed with prejudice, and will dismiss those claims without prejudice, but without leave to amend.

Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss the Second Amended Complaint is GRANTED IN PART and DENIED IN PART.

2. The following claims are DISMISSED WITHOUT PREJUDICE, but WITHOUT LEAVE TO AMEND:

- Claim One, First Amendment, City Hall Incident, as to all Defendants;
- Claim Two, Fourth Amendment, City Hall Incident, as to all Defendants;
- Claim Three, Fourth Amendment, TRO Incident, as to all Defendants;
- Claim Four, False Arrest, Police Commission Incident, as to all Defendants;
- Claim Five, Bane Act, City Hall Incident, as to all Defendants;
- Claim Five, Unruh Act, as to all Incidents and Defendants;
- Claim Seven, Intentional Infliction of Emotional Distress, as to all Incidents and Defendants;
- Claim Eight, Negligent Infliction of Emotional Distress, as to all Incidents and Defendants;
- Claim Nine, Negligence, as to all Incidents and Defendants.

3. Defendants City of Los Angeles, Charlie Beck, and Matthew Johnson are **ORDERED** to file an Answer only to the following claims

and only to the extent required by this Order for each Defendant within fourteen days of the date of this Order:

- Claim One, First Amendment, Police Commission Incident, as to all Defendants;
- Claim Two, Fourth Amendment, Police Commission Incident, as to all Defendants;
- Claim Three, First Amendment, TRO Incident, as to the City;
- Claim Five, Bane Act, Police Commission and TRO Incidents, as to the City;
- Claim Six, False Imprisonment, Police Commission and City Hall Incidents, as to the City.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: December 12, 2019

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE