1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-8064 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's "Request to Amend Pleading to Add Three 'DOE' Defendants as Named Parties," the proposed Third Amended Complaint attached to the Request, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

IT IS ORDERED THAT Plaintiff's Request to Amend Pleading, construed as a motion for leave to file a Third Amended Complaint, is DENIED. This action shall proceed only on the surviving claims in the Second Amended Complaint, as modified by the Court's December 12, 2019 Order.

DATED: April 30, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE