UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | Case No. CV 17-8064 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, Defendants' Motion for Summary Judgment ("MSJ"), Plaintiff's Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

1.    Defendants' Motion for Summary Judgment on Plaintiff's Fourth and First Amendment claims arising from the Police Commission and TRO Incidents is

GRANTED. Judgment shall be entered dismissing those federal claims WITH PREJUDICE.

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law Bane Act and false imprisonment claims. Judgment shall be entered DISMISSING those state law claims WITHOUT PREJUDICE, but without leave to amend.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at his address of record and on counsel for Defendants.

IT IS SO ORDERED.

DATED: February 26, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE