JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNT, | Case No. CV 17-8064 JFW (PVC) |
|               Plaintiff, | |
|     v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
|               Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the federal claims in the above-captioned action are dismissed with prejudice; the state law claims are dismissed without prejudice, but without leave to amend.

Dated:  February 26, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE