| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 9 2021 |
| | MOLLY C. DWYER, CLERK  |
| | U.S. COURT OF APPEALS |

MICHAEL HUNT,

        Plaintiff-Appellant,

 v.

CITY OF LOS ANGELES, a municipal corporation; et al.,

        Defendants-Appellees.

No. 21-55310

D.C. No. 2:17-cv-08064-JFW-PVC
Central District of California, Los Angeles

ORDER

The district court's judgment was entered on the docket on February 26, 2021. Appellant's notice of appeal was filed in the district court on March 30, 2021. Accordingly, the record suggests that this court may lack jurisdiction over this appeal because the notice of appeal was not filed within 30 days after entry of the district court's judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 4(c); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal, or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

CO/Pro Se

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Corina Orozco
Deputy Clerk
Ninth Circuit Rule 27-7