| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 13 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |



MICHAEL HUNT,

       Plaintiff-Appellant,

 v.

CITY OF LOS ANGELES, a municipal corporation; et al.,

       Defendants-Appellees.

No. 21-55310

D.C. No. 2:17-cv-08064-JFW-PVC
Central District of California, Los Angeles

ORDER

Before: SCHROEDER and HURWITZ, Circuit Judges.

    The motion to proceed in forma pauperis (Docket Entry No. 11) is granted. The Clerk shall amend the docket to reflect this status.

    The opening brief is due September 17, 2021; the answering brief is due October 18, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

SZ/MOATT